PREFERRED RISK MUTUAL INSUR-
ANCE COMPANY, a corporation, Petition-
er, v. Hon. Albert L. REEVES, Judge of
the United States District Court for the
Western District of Missouri, Southern Di-
vision.

No. 14800.

United States Court of Appeals
Eighth Circuit.

March 13, 1953.

H. P. Tudor, St. Louis, Mo., and Wil-
liam C. Cockrill, Springfield, Mo., for pe-
titioner.

Petition for Writ of Mandamus denied and dismissed.

See also D.C., 14 F.R.D. 39.